

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:20-cr-00046
21 U.S.C. § 846

STEWART LONGWORTH JORDAN, III

**INFORMATION**
(Attempted Possession with Intent to Distribute Methamphetamine)

The United States Attorney Charges:

On or about November 9, 2018, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant STEWART LONGWORTH JORDAN, III knowingly and intentionally attempted to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 846.

UNITED STATES OF AMERICA

MICHAEL B. STUART
United States Attorney

By: _____
JOSEPH F. ADAMS
Assistant United States Attorney