# District Judge Daybook Entry

United States Distrct Court - Southern District of West Virginia at Huntington

| | | |
|---|---|---|
| Date: 6/15/2020 | Case Number | 3:20-cr-00046 |

| | |
|---|---|
| Case Style | USA vs. Stewart Longworth Jordan III |
| Type of hearing | Sentencing |
| Before the honorable: | 2514-Chambers |
| Court Reporter | Kathy Swinhart |
| Courtroom Deputy | Terry Justice |

Attorney(s) for the Plaintiff or Government

Joseph Adams

Attorney(s) for the Defendant(s)

Lee Booten

| | | | |
|---|---|---|---|
| Law Clerk | Sandy Slack | Probation Officer | Beth Srednicki |

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 2:00 PM | 2:14 PM | Non-Trial Time/Uncontested Time |

Non-Trial Time/Uncontested Time 00:14

## Courtroom Notes

Hearing scheduled to commence: 2:00 pm
Hearing commenced: 2:00 pm

Defendant appeared in person and with counsel pursuant to a plea to the single count Information.
Defendant sworn.

Objections to the Presentence Report:

1 - Joint objection to the base offense level being set at 34 in paragraph 16 because the parties agreed to a base offense level of 30 in the plea agreement - granted.

Presentence Report adopted.

Plea Agreement accepted.

Total offense level              27
criminal history category        III

advisory guideline ranges
custody    87 - 108 months
sr         4 years
fine       $25,000 - $5,000,000
SA         $100

Motion of Defendant for downward variance.

Response of Government/ reply.
Comments of Defendant.
Motion denied.

Custody        87 months
BOP to credit the defendant for the time served on the state parole violation.that was the result of this same conduct
The Court recommended:
that the defendant be housed as close to Huntington, WV, as possible;
that the defendant be allowed to participate in a drug abuse treatment program.

Supervised Release        4 years
special condition of supervised release:  the defendant will participate in a program of testing, counseling, and treatment for drug and alcohol abuse as directed by the probation officer.

Special Assessment  $100 due immediately
The special assessment will be paid through participation in the Inmate Financial Responsibility Program.

The defendant was informed of appeal rights.

Motion of United States to dismiss Criminal Action No. 3:19-85; motion granted.

Defendant detained.

Hearing concluded:  2:14 pm